UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GEORGE PAPPAYLIOU,

    Plaintiff,

vs.

JOHNSON CONTROLS, INC.,

    Defendant.

Case No. 3:20-cv-8

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER

This civil case is before the Court on the parties' joint request to stay discovery pending a ruling on Plaintiff's motion for remand (doc. 6). For good cause shown, the parties' joint request is **GRANTED**. All discovery in this matter is hereby **STAYED** pending a ruling on the motion for remand (doc. 6).

**IT IS SO ORDERED.**

Date:  June 9, 2020

/s/Michael J. Newman
Michael J. Newman
United States Magistrate Judge